```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND<br><br>               Plaintiffs,<br><br>     vs.<br><br>HERITAGE PAPER CO., a California corporation<br><br>               Defendant.<br>_____ | NO.  C 06 1913 MMC<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

      IT IS ORDERED that the Case Management Conference in this case set for June 16, 2006 be continued to August 11, 2006 at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA. The parties shall file a joint case management statement no later than August 4.

Dated: June 9, 2006                      _/s/ Maxine M. Chesney_____
                                       Honorable Maxine M. Chesney

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE