**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE GCIU-
EMPLOYER RETIREMENT FUND,

No. C-06-1913 MMC

12

Plaintiff,

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

13

v.

14

15 HERITAGE PAPER CO.,

16

Defendant.

17 _____/

18

19         The Court is in receipt of plaintiff's Case Management Statement, filed August 4,

20 2006, in which plaintiff states it has afforded defendant an extension to August 15, 2006 to

21 respond to the complaint, after which date, if no response is filed, plaintiff intends to seek

22 entry of default.  Accordingly, the August 11, 2006 case management conference is hereby

23 CONTINUED to October 20, 2006 at 10:30 a.m.  The parties shall file a joint case

24 management statement no later than October 13, 2006.

         **IT IS SO ORDERED.**

25

26 Dated: August 8, 2006                              _____
                                                      MAXINE M. CHESNEY
27                                                    United States District Judge

28