IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND, <br><br> Plaintiff, <br><br> v. <br><br> HERITAGE PAPER CO., <br><br> Defendant. _____/ | No. C-06-1913 MMC <br><br> **ORDER OF DISMISSAL** |

    The Court having been advised that the parties have agreed to a settlement of the above-titled action,

    IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within 120 days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: December 15, 2006

                                                 MAXINE M. CHESNEY
                                                 United States District Judge